IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE M. BUCKLEY,

    Petitioner,

v.

ANA BOATWRIGHT, Warden,
New Lisbon Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-715-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying the petition of Willie M. Buckley for a writ of habeas corpus under 28 U.S.C. § 2254.

By: *L. Jensen, Deputy Clerk*
Peter Oppeneer, Clerk of Court

5-24-2011
Date